■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNA Y. WHITE, Appellant. [714 NYS2d 918] —Judgment unanimously affirmed. Memorandum: Defendant contends that there is an insufficient factual basis for her guilty plea. By failing to move to withdraw her guilty plea or to vacate the judgment of conviction, defendant failed to preserve that contention for our review (*see, People v Lopez,* 71 NY2d 662, 665), and this case does not come within the narrow exception to the preservation rule (*see, People v Tuszynski,* 270 AD2d 924, *lv denied* 95 NY2d 805). The sentence is not unduly harsh or severe. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Wisner, Scudder and Lawton, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTITO ADORNO, Appellant. [714 NYS2d 919] —Judgment unanimously affirmed (*see, People v White,* 275 AD2d 1032 [decided herewith]). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Wisner, Scudder and Lawton, JJ.